E. MARTIN ESTRADA  
United States Attorney  
DAVID M. HARRIS  
Assistant United States Attorney  
Chief, Civil Division  
CEDINA M. KIM  
Assistant United States Attorney  
Senior Trial Attorney, Civil Division  
JENNIFER LEE TARN, CSBN 240609  
Special Assistant United States Attorney  
Office of the General Counsel  
Social Security Administration  
6401 Security Boulevard  
Baltimore, MD 21235  
Telephone: (510) 970-4861  
Email: Jennifer.Tarn@ssa.gov  

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
WESTERN DIVISION

| | |
|---|---|
| MICHELLE RENEE DUCOMMUN,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | No. 2:24-cv-05119-PD<br><br>**JUDGMENT** |

1  |  The Court having approved the parties' stipulation to remand this case pursuant
2  |  to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that
3  |  stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for
4  |  Plaintiff.

6  |  DATED: September 03, 2024     *Patricia Donahue*
7  |                                HONORABLE PATRICIA DONAHUE
8  |                                UNITED STATES MAGISTRATE JUDGE